UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

APR 11 2011

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 9:09-bk-07582-ALP |
| Michael A. Melicia ) | Judge: Alexander L. Paskay |
| ) | |
| Debtor(s) ) | |
| ) | |

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Alliance Research & Recovery, Inc., attorney-in-fact for Lisa Melicia, Claimant, hereby petitions the Court for $2,040.00 (comprised of $1,512.00 and $528.00), which is the sum of all monies being held on deposit in the Registry of the United States Bankruptcy Court, as unclaimed funds, which are due to Lisa Melicia, creditor.

The creditor has a right to said unclaimed funds due to the following reason: the original dividend check was mailed to 1300 NE Central, Seaside Park, NJ 08752. That address is no longer valid for Ms. Melicia. The current address is listed below.

The creditor's current contact information is the following:

Lisa Melicia
25000 Tamiami Trail
Naples, FL 34114
Phone Number: 239-394-3101 x282
Last 4 Digits of SSN/TIN: 5631

Alliance Research & Recovery, Inc. now seeks to recover the unclaimed funds from the Court's Registry. Accordingly, Alliance Research & Recovery, Inc. requests that the Court order that a check in the amount of $2,040.00 made payable to Lisa Melicia, c/o Alliance Research & Recovery, Inc., 784 Morris Turnpike, Suite 104, Short Hills, NJ 07078, be issued from the Court's Registry.

Dated: April 6, 2011

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

State of New Jersey
County of Union

Before me, the undersigned Notary Public, Brian Kornreich personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _____
My Commission Expires: 2-24-2014

NOTARY SEAL



OFFICIAL SEAL
ALBERTO A. CHAVEZ
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires 02-24-2014

## AFFIDAVIT OF ALLIANCE RESEARCH & RECOVERY, INC.

I, Brian Kornreich, Managing Director of Alliance Research & Recovery, Inc., hereby state as follows:

1) I have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application.

2) I have made all reasonable efforts required to believe to the best of my knowledge that Lisa Melicia is legally entitled to the unclaimed monies referenced in this application.

3) To the best of my knowledge and belief, I am familiar with the State of Florida requirements associated with personal representation of individuals and corporations through acting in the capacity of Attorney-in-Fact.

Dated: April 5, 2011

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

## CERTIFICATE OF SERVICE

Notice is hereby given that a copy of the Application for the Release of the Unclaimed Funds was served on the U.S. Attorney in compliance with 28 U.S.C. 2042 at the following address:

    U.S. Attorney
    Attn: Civil Procedures Clerk
    400 N. Tampa Street, Suite 3200
    Tampa, FL 33602

Dated: April __, 2011

                                                    Brian Kornreich
                                                    Alliance Research & Recovery, Inc.
                                                    784 Morris Turnpike, Suite 104
                                                    Short Hills, NJ 07078

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Lisa Melicia ("Client") appoints Alliance Research & Recovery, Inc. ("Alliance") as her lawful attorney in fact for the sole purpose of recovering unclaimed funds held on Client's behalf by the United States Bankruptcy Court, Middle District of Florida in the amount of $1,512.00 in connection with the bankruptcy proceedings of Michael Melicia under Case #: 9:09-bk-07582-ALP.

Client grants Alliance the authority to do all things reasonably necessary to recover the unclaimed funds due to Client. Such acts shall include but are not limited to: engaging in verbal or written communication with the holder of the funds; executing and filing all documents necessary to facilitate the payment of the unclaimed funds; receiving written correspondence and all other documentation relevant to the payment of the unclaimed funds; and receiving possession of and depositing the check payable to Client for distribution of the unclaimed funds to Client, less the fee payable to Alliance pursuant to and in accordance with its agreement with Client.

Alliance may not make any expenditure or incur any costs on behalf of Client.

This Limited Power of Attorney shall become effective as of the date below and shall expire upon the collection of the above-referenced unclaimed funds. Client authorizes use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signed this _22_ day of _March_, 2011

_/s/ Lisa Melicia_
Lisa Melicia

Social Security #: XXX-XX-_5631_

---

State of _Florida_

County of _Collier_

Before me _Lisa Melicia_ personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _Ruby Jean Rhodes_            NOTARY SEAL

My Commission Expires: _____

RUBY JEAN RHODES
MY COMMISSION # EE 070005
EXPIRES: March 16, 2015
Bonded Thru Budget Notary Services

LIMITED POWER OF ATTORNEY
**LIMITED TO ONE TRANSACTION ONLY**

Lisa Melicia ("Client") appoints Alliance Research & Recovery, Inc. ("Alliance") as her lawful attorney in fact for the sole purpose of recovering unclaimed funds held on Client's behalf by the United States Bankruptcy Court, Middle District of Florida in the amount of $528.00 in connection with the bankruptcy proceedings of Michael Melicia under Case #: 9:09-bk-07582-ALP.

Client grants Alliance the authority to do all things reasonably necessary to recover the unclaimed funds due to Client. Such acts shall include but are not limited to: engaging in verbal or written communication with the holder of the funds; executing and filing all documents necessary to facilitate the payment of the unclaimed funds; receiving written correspondence and all other documentation relevant to the payment of the unclaimed funds; and receiving possession of and depositing the check payable to Client for distribution of the unclaimed funds to Client, less the fee payable to Alliance pursuant to and in accordance with its agreement with Client.

Alliance may not make any expenditure or incur any costs on behalf of Client.

This Limited Power of Attorney shall become effective as of the date below and shall expire upon the collection of the above-referenced unclaimed funds. Client authorizes use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signed this 30 day of March, 2011

*Lisa Melicia*
Lisa Melicia

Social Security #: XXX-XX-5631

---

State of Florida

County of Collier

Before me Lisa Melicia personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: *Ruby Jean Rhodes*

My Commission Expires: _____

NOTARY SEAL

RUBY JEAN RHODES
MY COMMISSION # EE 070005
EXPIRES: March 16, 2015
Bonded Thru Budget Notary Services

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**



**PASSPORT**
**PASSEPORT**
**PASAPORTE**

**UNITED STATES OF AMERICA**

Type / Type / Tipo   Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
**P**                                        USA

Surname / Nom / Apellidos
**MELICIA**

Given names / Prénoms / Nombres
**LISA ANN**

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento

Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
**F**                **WEST VIRGINIA, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**11 AUG 2006**

Date of expiration / Date d' expiration / Fecha de caducidad
**10 AUG 2016**

Authority / Autorité / Autoridad
**United States**
**Department of State**

Amendments / Modifications / Enmiendas
**SEE PAGE 24**

P<USAMELICIA<<LISA<ANN<<<<<<<<<<<<<<<<<<<<<<
0973592298USA6512219F1608104<<<<<<<<<<<<<<08